Miguel A. Gonzalez
1704600 / Telford
3899 State Hwy 98
New Boston, TX 75570

FILED
IN SUPREME COURT
OF TEXAS

DEC 15 2015

BLAKE HAWTHORNE, Clerk
By_____Deputy

December 8, 2015

Blake A. Hawthorne, Clerk
Supreme Court of Texas
P.O. Box 12248
Austin, TX 78711

Re:  Cause Number 15-0745 - Petition for Review $155.00
     Filing Fees

Dear Mr. Hawthorne:

Today, I received your letter requesting payment of $155.00 for the Petition for Review filing fees. As per your Frequently asked Questions brochure which you sent me back in October 2015, and on page 5 titled Supreme Court Filing Fees, the amount indicated is $145.00. This amount has been requested from my bank and should be in your possession very shortly if not already. However, I am requesting an additional $10.00 from the bank to be sent to you. This amount will be send to you in the form of a cashier's check and will take about three weeks. I am afraid that it will not make it to you before the ten (10) days deadline. Therefore, I respectfully ask you to be patient as my only way to contact the bank is through regular mail.

If you have any questions or concerns, please contact me at the above address. Thank you for your patience and may God bless you.

With kindest regards, I am

very truly yours,

Miguel A. Gonzalez
Petitioner, Pro se